**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6008**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN MCPHAUL,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR-95-22-BO, CA-96-127-BO)

─────────────

Submitted:  July 10, 1997          Decided:  July 23, 1997

─────────────

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John McPhaul, Appellant Pro Se.  Cynthia Elaine Tompkins, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John McPhaul seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. McPhaul, Nos. CR-95-22-BO; CA-96-127-BO (E.D.N.C. Nov. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2